# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ENRIQUE DIAZ REZA,** | : | **CIVIL ACTION** |
| *Petitioner* | : | |
| | : | **NO. 26-5679** |
| **v.** | : | |
| | : | |
| **J.L. JAMISON,** *et al.*, | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this 10th day of August 2026, upon consideration of Petitioner's *petition for writ of a habeas corpus*, (ECF 1), it is hereby **ORDERED** that:

1. The Clerk of Court shall forward a copy electronically of the petition, (ECF 1), this Order, and the Clerk's office acceptance of service form to the Chief, Civil Division, at the Philadelphia United States Attorney's Office;

2. Respondents shall formally file by ***August 13, 2026,*** an expediated response to the petition, along with its exhibits, copies of all relevant documents, and an index of exhibits.  The answer shall provide the statutory authority for Petitioner's detainment, *see* 28 U.S.C. § 2243, the related legal analysis, and record evidence supporting the asserted statutory basis for the detention.  The response shall also address whether a bond hearing is required;

3. Respondents are to serve Petitioner's counsel with a certified response;

4. Respondents ***shall not*** <u>move or remove</u> Petitioner outside of City of Philadelphia or the Philadelphia Federal Detention Center during the pendency of this matter.  Any such movement of Petitioner will be deemed a violation of this Order; and

5. Any request by the parties to modify this Order shall be made by motion.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*